**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:

Case No.: _____

**NOTICE OF STATUS CONFERENCE**

The within matter has been filed as a Chapter 11 case. The Court will hold a status conference on _____ at 2:30 p.m. at 402 East State Street, Trenton, New Jersey 08608 in Courtroom #2 on the 3rd floor before the Honorable Kathryn C. Ferguson.

**All parties interested in this case are requested to attend.**

The purpose of the status conference will be to discuss case management issues and special problems that may be anticipated. At the status conference, counsel for the Debtor shall be prepared to estimate administrative expenses for the entire case and explain the basis for the estimation. This figure will be considered by the court when determining the reasonableness of all requested fees. The court may fix a deadline by which the Debtor must file a plan and disclosure statement. Failure to file a plan and disclosure statement by the deadline fixed by the Court will be cause for conversion or dismissal. The court may also convert or dismiss the case at the status conference for cause shown.

**ATTENDANCE BY COUNSEL FOR THE DEBTOR**
**IS REQUIRED. FAILURE TO APPEAR WILL RESULT IN**
**DISMISSAL OF THE CASE. SO ORDERED.**

I hereby certify that on _____ , a copy of the foregoing was served on:

/s/*Geraldine Holley-Mack*
Deputy Clerk