| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Justin Catando<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–1929 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    8/16/17 |
| Case number: | 17–26670–KCF | Date case converted to chapter: | 11    6/18/18 |

## Official Form 309E (For Individuals or Joint Debtors)
### Notice of Chapter 11 Bankruptcy Case                                                                12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Justin Catando | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6 Saddlebury Court<br>South Hampton, NJ 08088 | |
| 4. | **Debtor's attorney**<br>Name and address | Adrian Johnson<br>Law Firm of Diaz & Associates, P.A.<br>309 Fellowship Road<br>Suite 220<br>Mt. Laurel, NJ 08054 | Contact phone  877–404–6487 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone  609–858–9333<br>Date: 6/19/18 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 26, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>- if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 9/24/18** |
| | | **Deadline for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br><br>Your claim will be allowed in the amount scheduled unless:<br>- your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **10/24/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

| | |
|---|---|
| **11. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26670-KCF
Justin Catando                                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 19, 2018
                              Form ID: 309E            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db            +Justin Catando,    6 Saddlebury Court,    South Hampton, NJ 08088-2850
517163744     +ALDRIDGE Pite, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
               San Diego, CA 92177-7921
517030327    #+Argus Capital Funding LLC,    Jason Gang Esq,    259 Windsor Lane,   West Hempstead NY 11552-3054
517112961     +Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,   Buffalo, NY 14240-0840
517014650     +Fay Servicing,    PO Box 88009,   Chicago, IL 60680-1009
517196897     +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,   Harrisburg, PA 17105-8147
517236749     +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Drive, Suite 150,
               Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: evanf@diazlawnow.com Jun 19 2018 23:54:53     Adrian Johnson,
               Law Firm of Diaz & Associates, P.A.,    309 Fellowship Road,   Suite 220,
               Mt. Laurel, NJ  08054
smg            EDI: IRS.COM Jun 20 2018 03:04:00     Dist Dir of IRS,   Insolvency Function,   PO Box 724,
               Springfield, NJ  07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2018 23:56:03     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2018 23:56:00     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517014648     +E-mail/Text: asi@auditsystemsinc.net Jun 19 2018 23:57:09     Audit Systems Inc,
               3696 Ulmerton Rd,    Clearwater, FL 33762-4237
517014649     +EDI: RCSFNBMARIN.COM Jun 20 2018 03:03:00     Credit One Bank Na,   Po Box 98872,
               Las Vegas, NV 89193-8872
517177230      EDI: RESURGENT.COM Jun 20 2018 03:04:00     LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
517014652      E-mail/Text: camanagement@mtb.com Jun 19 2018 23:55:35     M & T Bank,   1 Fountain Plz,
               Buffalo, NY 14203
517137176      E-mail/Text: camanagement@mtb.com Jun 19 2018 23:55:35     M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
517183697      EDI: MERRICKBANK.COM Jun 20 2018 03:03:00     MERRICK BANK,   Resurgent Capital Services,
               PO Box 10368,   Greenville, SC 29603-0368
517014654     +EDI: MERRICKBANK.COM Jun 20 2018 03:03:00     Merrick Bank Corp,   101 Crossways Park Dr W,
               Woodbury, NY 11797-2020
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517014653       Mark A Deslasio
517014651*    +Internal Revenue Service,    POB 7346,   Philadelphia, PA 19101-7346
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jun 19, 2018
                              Form ID: 309E            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
         Adrian    Johnson    on behalf of Debtor Justin    Catando evanf@diazlawnow.com
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com,
         bkgroup@kmllawgroup.com
         Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
         rtracy@schillerknapp.com,
         tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
         napp.com
         Robert P. Saltzman    on behalf of Creditor    Bayview Loan Servicing, LLC dnj@pbslaw.org
         Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Hilldale Trust dnj@pbslaw.org
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                   TOTAL: 8