## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:

Justin Catando

Case No.:    __17-26670__

### NOTICE OF STATUS CONFERENCE

The within matter has been filed as a Chapter 11 case. The Court will hold a status conference on _____July 24, 2018_____ at 2:30 p.m. at 402 East State Street, Trenton, New Jersey 08608 in Courtroom #2 on the 3rd floor before the Honorable Kathryn C. Ferguson.

**All parties interested in this case are requested to attend.**

The purpose of the status conference will be to discuss case management issues and special problems that may be anticipated. At the status conference, counsel for the Debtor shall be prepared to estimate administrative expenses for the entire case and explain the basis for the estimation. This figure will be considered by the court when determining the reasonableness of all requested fees. The court may fix a deadline by which the Debtor must file a plan and disclosure statement. Failure to file a plan and disclosure statement by the deadline fixed by the Court will be cause for conversion or dismissal. The court may also convert or dismiss the case at the status conference for cause shown.

**ATTENDANCE BY COUNSEL FOR THE DEBTOR
IS REQUIRED. FAILURE TO APPEAR WILL RESULT IN
DISMISSAL OF THE CASE. SO ORDERED.**

I hereby certify that on _____6/19/2018_____ , a copy of the foregoing was served on:

Debtor(s) and UST

/s/*Geraldine Holley-Mack*
Deputy Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Justin Catando  
    Debtor

Case No. 17-26670-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jun 19, 2018  
                            Form ID: pdf902    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.

```
db          +Justin Catando,    6 Saddlebury Court,    South Hampton, NJ 08088-2850
cr          +Bayview Loan Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    1544 Old Alabama Road,
              Roswell, GA 30076-2102
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o McCalla Raymer Leibert Pierce, LLC,
              1544 Old Alabama Road,    Roswell, GA 30076-2102
517163744   +ALDRIDGE Pite, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
              San Diego, CA 92177-7921
517030327   #+Argus Capital Funding LLC,    Jason Gang Esq,    259 Windsor Lane,    West Hempstead NY 11552-3054
517112961    Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
517014650   +Fay Servicing,    PO Box 88009,    Chicago, IL 60680-1009
517196897   +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
517236749   +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Drive, Suite 150,
              Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2018 23:56:03     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2018 23:56:00     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517014648   +E-mail/Text: asi@auditsystemsinc.net Jun 19 2018 23:57:09     Audit Systems Inc,
              3696 Ulmerton Rd,    Clearwater, FL 33762-4237
517014649   +E-mail/PDF: creditonebknotifications@resurgent.com Jun 20 2018 00:07:47     Credit One Bank Na,
              Po Box 98872,    Las Vegas, NV 89193-8872
517014651   +E-mail/Text: cio.bncmail@irs.gov Jun 19 2018 23:55:25     Internal Revenue Service,    POB 7346,
              Philadelphia, PA 19101-7346
517177230    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2018 00:09:22
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517014652    E-mail/Text: camanagement@mtb.com Jun 19 2018 23:55:35     M & T Bank,    1 Fountain Plz,
              Buffalo, NY 14203
517137176    E-mail/Text: camanagement@mtb.com Jun 19 2018 23:55:35     M&T Bank,    P.O. Box 840,
              Buffalo, NY 14240-0840
517183697    E-mail/Text: bkr@cardworks.com Jun 19 2018 23:54:56     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517014654   +E-mail/Text: bkr@cardworks.com Jun 19 2018 23:54:56     Merrick Bank Corp,
              101 Crossways Park Dr W,    Woodbury, NY 11797-2020
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517014653      Mark A Deslasio
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jun 19, 2018
                              Form ID: pdf902          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              Adrian   Johnson    on behalf of Debtor Justin   Catando evanf@diazlawnow.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
               rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
               napp.com
              Robert P. Saltzman    on behalf of Creditor    Bayview Loan Servicing, LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8