UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust

In Re:
    Danielle Catando, and Justin Catando,

Debtors.

Order Filed on August 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-26670 KCF

Adv. No.:

Hearing Date: 6/27/18 @ 9:00 a.m..

Judge: Katherine C. Ferguson

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 6, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Document       Page 2 of 2

**(Page 2)**
Debtor:  Danielle Catando, and Justin Catando
Case No:  17-26670 KCF
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 6 Saddlebury Court, South Hampton, NJ, 08088, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Adrian Johnson, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 18, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2017 through July 2018 for a total post-petition default of $47,498.09 (10 @ $4,267.38, 1 @ 4,293.29, attorneys' fees/costs @ $531.00)

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor is to make adequate protection payments of $5,079.20 beginning on August 1, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to make the adequate proptection payments until either the arrears are paid or a plan is confirmed; and

It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre- or post-petition arrears, or any of its rights as a first lienholder under the terms of the note and mortgage; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that with regard to Secured Creditor's claim, all parties reserve their rights as to the proposed cram down and/ or pre-petition arrears, which are to be addressed with the adjudication of the Chapter 11 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.