UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DIAZ and ASSOCIATES, P.C.
Adrian Johnson, Esquire
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054
Telephone: 1-877-404-6487

Order Filed on August 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JUSTIN CATANDO

Case No.: 17-26670

Chapter: KCF

Judge: 11

## ORDER AUTHORIZING RETENTION OF

Diaz & Associates as Attorney for the Debtor

The relief set forth on the following page is **ORDERED**.

**DATED: August 29, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Adrian Johnson, Esquire___ as ___counsel for Debtor in Possession___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 309 Fellowship Road
   Suite 200
   Mt. Laurel, NJ 08054

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*