UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DIAZ and ASSOCIATES, P.C.
Adrian Johnson, Esquire
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054
Telephone: 1-877-404-6487

Order Filed on August 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JUSTIN CATANDO

Case No.:   17-26670

Chapter:   KCF

Judge:   11

## ORDER AUTHORIZING RETENTION OF

Diaz & Associates as Attorney for the Debtor

The relief set forth on the following page is **ORDERED**.

**DATED: August 29, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Adrian Johnson, Esquire___ as ___counsel for Debtor in Possession___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 309 Fellowship Road
Suite 200
Mt. Laurel, NJ 08054

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Justin Catando  
    Debtor

Case No. 17-26670-KCF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 29, 2018  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.  
db        +Justin Catando,   6 Saddlebury Court,    South Hampton, NJ 08088-2850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:  
      Adrian   Johnson    on behalf of Debtor Justin   Catando evanf@diazlawnow.com  
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana  Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
      Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
      Robert P. Saltzman    on behalf of Creditor    Bayview Loan Servicing, LLC dnj@pbslaw.org  
      Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  Christiana Trust, not individually but as trustee for Hilldale Trust dnj@pbslaw.org  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                             TOTAL: 8