UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on November 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Justin Catando

| | |
|---|---|
| Case No.: | 17-26670-KCF |
| Adv. No.: | |
| Hearing Date: | 11/13/2018 |
| Judge: | Kathryn C. Ferguson |

**ORDER REQUIRING DEBTOR TO FILE A PLAN AND
DISCLOSURE STATEMENT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been brought before the Court for a Status Conference, and the court having found cause for the entry of the within order; it is hereby;

**ORDERED,** that the Debtor file a Plan and Disclosure Statement by January 14, 2019 and it is further;

**ORDERED,** that if the Plan and Disclosure Statement are not filed by January 14, 2019 the case will automatically be converted without further notice; and it is further;

**ORDERED,** that the Debtor comply with the Operating Guidelines for Chapter 11 Debtors issued by the Office of the United States Trustee particularly as they apply to the filing of the operating reports and payment of the required quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.