UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Justin Catando

**Order Filed on November 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-26670-KCF

Adv. No.:

Hearing Date: 11/13/2018

Judge: Kathryn C. Ferguson

# ORDER REQUIRING DEBTOR TO FILE A PLAN AND DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been brought before the Court for a Status Conference, and the court having found cause for the entry of the within order; it is hereby;

**ORDERED,** that the Debtor file a Plan and Disclosure Statement by January 14, 2019 and it is further;

**ORDERED,** that if the Plan and Disclosure Statement are not filed by January 14, 2019 the case will automatically be converted without further notice; and it is further;

**ORDERED,** that the Debtor comply with the Operating Guidelines for Chapter 11 Debtors issued by the Office of the United States Trustee particularly as they apply to the filing of the operating reports and payment of the required quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.

United States Bankruptcy Court
District of New Jersey

In re:  
Justin Catando  
    Debtor

Case No. 17-26670-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 14, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db         +Justin Catando,    6 Saddlebury Court,    South Hampton, NJ 08088-2850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:  
          Adrian    Johnson    on behalf of Debtor Justin   Catando evanf@diazlawnow.com  
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
          Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com  
          Robert P. Saltzman    on behalf of Creditor    Bayview Loan Servicing, LLC dnj@pbslaw.org  
          Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust dnj@pbslaw.org  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 8