Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                       Case No.: 17−26670−KCF
                       Chapter: 11
                       Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Justin Catando
    6 Saddlebury Court
    South Hampton, NJ 08088

Social Security No.:
    xxx−xx−1929

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Adrian Johnson , Attorney for Debtor.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: Voluntarily on behalf of Debtor, Justin Catando.

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 1/29/19
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: January 14, 2019
JAN:

                                                    Jeanne Naughton
                                                    Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                         Case No. 17-26670-KCF
Justin Catando                                                 Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2           Date Rcvd: Jan 14, 2019
                              Form ID: 170              Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db            +Justin Catando,    6 Saddlebury Court,    South Hampton, NJ 08088-2850
aty           +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
cr            +Bayview Loan Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    1544 Old Alabama Road,
                Roswell, GA 30076-2102
lm             Fay Servicing, LLC,    300 Kellway Drive,    Suite 150,    Carrollton, TX 75006
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,     c/o McCalla Raymer Leibert Pierce, LLC,
                1544 Old Alabama Road,    Roswell, GA 30076-2102
517163744     +ALDRIDGE Pite, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
517112961      Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
517726179      Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
517726180      Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
517014650     +Fay Servicing,    PO Box 88009,    Chicago, IL 60680-1009
517014653     +Mark A Deslasio,    813 Harlquin Drive,    Absecon, NJ 08205-4221
517196897     +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
517236749     +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Drive, Suite 150,
                Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Jan 15 2019 00:27:27     Dist Dir of IRS,
                Insolvency Function,    PO Box 724,    Springfield, NJ   07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:54     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ   07102-5235
517014648     +E-mail/Text: asi@auditsystemsinc.net Jan 15 2019 00:28:46     Audit Systems Inc,
                3696 Ulmerton Rd,    Clearwater, FL 33762-4237
517014649     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 15 2019 00:31:43      Credit One Bank Na,
                Po Box 98872,    Las Vegas, NV 89193-8872
517177230      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2019 00:31:21
                LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517014652      E-mail/Text: camanagement@mtb.com Jan 15 2019 00:27:33     M & T Bank,    1 Fountain Plz,
                Buffalo, NY 14203
517137176      E-mail/Text: camanagement@mtb.com Jan 15 2019 00:27:33     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
517183697      E-mail/Text: bkr@cardworks.com Jan 15 2019 00:27:01     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517014654     +E-mail/Text: bkr@cardworks.com Jan 15 2019 00:27:01     Merrick Bank Corp,
                101 Crossways Park Dr W,    Woodbury, NY 11797-2020
                                                                                                TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517711034*    +Fay Servicing,    PO Box 88009,   Chicago, Il 60680-1009
517014651*    +Internal Revenue Service,    POB 7346,   Philadelphia, PA 19101-7346
517030327    ##+Argus Capital Funding LLC,    Jason Gang Esq,   259 Windsor Lane,    West Hempstead NY 11552-3054
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 14, 2019
                              Form ID: 170             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2019 at the address(es) listed below:
              Adrian   Johnson    on behalf of Debtor Justin   Catando evanf@diazlawnow.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
               rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Robert P. Saltzman    on behalf of Creditor    Bayview Loan Servicing, LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```