Form 196 – ntcadminerror

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17−26670−KCF
                        Chapter: 11
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin Catando
   6 Saddlebury Court
   South Hampton, NJ 08088

Social Security No.:
   xxx−xx−1929

Employer's Tax I.D. No.:

---

### AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

     On January 14, 2019 a NOTICE OF HEARING ON DISMISSAL OF CASE was sent out by the Court which contained an administrative error.

     This notice hereby amends the notice to correct the following information:

Original incorrect information:
Date: 1/29/19
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

Corrected to state:
Date: FEBRUARY 19, 2019
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

     The amendment of this notice does not affect deadlines that have been previously set.

Dated: January 15, 2019
JAN: llb

                                                                             Jeanne Naughton
                                                                              Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 17-26670-KCF
Justin Catando                                               Chapter 11
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 15, 2019
                              Form ID: 196             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
db            +Justin Catando,   6 Saddlebury Court,   South Hampton, NJ 08088-2850
aty           +KML Law Group, P.C.,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
cr            +Bayview Loan Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   1544 Old Alabama Road,
               Roswell, GA 30076-2102
lm             Fay Servicing, LLC,   300 Kellway Drive,   Suite 150,   Carrollton, TX 75006
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,   c/o McCalla Raymer Leibert Pierce, LLC,
               1544 Old Alabama Road,   Roswell, GA 30076-2102
517163744     +ALDRIDGE Pite, LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
               San Diego, CA 92177-7921
517112961      Bayview Loan Servicing, LLC,   Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840
517726179      Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408
517726180      Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408,
               Educational Credit Management Corporatio,   P.O. Box 16408,   St. Paul, MN 55116-0408
517014650     +Fay Servicing,   PO Box 88009,   Chicago, IL 60680-1009
517014653     +Mark A Deslasio,   813 Harlquin Drive,   Absecon, NJ 08205-4221
517196897     +Navient Solutions, LLC. on behalf of,   PHEAA,   PO BOX 8147,   Harrisburg, PA 17105-8147
517236749     +Wilmington Savings Fund Society, FSB,,   Fay Servicing, LLC,   3000 Kellway Drive, Suite 150,
               Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Jan 15 2019 22:16:35     Dist Dir of IRS,
               Insolvency Function,   PO Box 724,   Springfield, NJ 07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 22:16:42     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 22:16:42     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517014648     +E-mail/Text: asi@auditsystemsinc.net Jan 15 2019 22:16:54     Audit Systems Inc,
               3696 Ulmerton Rd,   Clearwater, FL 33762-4237
517014649     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 15 2019 22:18:39     Credit One Bank Na,
               Po Box 98872,   Las Vegas, NV 89193-8872
517177230      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2019 22:19:12
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517014652      E-mail/Text: camanagement@mtb.com Jan 15 2019 22:16:40     M & T Bank,   1 Fountain Plz,
               Buffalo, NY 14203
517137176      E-mail/Text: camanagement@mtb.com Jan 15 2019 22:16:40     M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
517183697      E-mail/Text: bkr@cardworks.com Jan 15 2019 22:16:31     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517014654     +E-mail/Text: bkr@cardworks.com Jan 15 2019 22:16:31     Merrick Bank Corp,
               101 Crossways Park Dr W,   Woodbury, NY 11797-2020
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517711034*    +Fay Servicing,   PO Box 88009,   Chicago, Il 60680-1009
517014651*    +Internal Revenue Service,   POB 7346,   Philadelphia, PA 19101-7346
517030327    ##+Argus Capital Funding LLC,   Jason Gang Esq,   259 Windsor Lane,   West Hempstead NY 11552-3054
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: Jan 15, 2019
                              Form ID: 196              Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
              Adrian    Johnson     on behalf of Debtor Justin    Catando evanf@diazlawnow.com
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
               rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Robert P. Saltzman     on behalf of Creditor    Bayview Loan Servicing, LLC dnj@pbslaw.org
              Robert P. Saltzman     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```