| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Office of Diaz & Associates, P.C.<br>Adrian Johnson, Esquire<br>309 Fellowship Road<br>Suite 200<br>Mt. Laurel, NJ 08054<br><br>In Re:<br><br>JUSTIN CATANDO | Case No.: 17-26670<br>Adv. Pro. No.: _____<br>Chapter: 11<br>Hearing Date: 2/19/2019<br>Judge: KCF |

## ADJOURNMENT REQUEST

1. I, __Adrian Johnson, Esquire__,

   ☒ am the attorney for: __the Debtor__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Motion to Voluntary Dismiss Chapter 11 Case and UST Cross Motion to Convert__ Case to Ch. 7

   Current hearing date and time: __February 19, 2019 @ 10:00 a.m__

   New date requested: __within 14 days__

   Reason for adjournment request: __Debtor's counsel booked and planned a vacation prior__ __previous adjournment.__

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: February 15, 2019                    /S/ Adrian Johnson, Esquire
                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 3/5/19 at 2:00 p.m.         ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*