UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Diaz & Associates, P.C.
Adrian Johnson, Esquire
309 Fellowship Road
Suite 200
Mt. Laurel, NJ 08054

In Re:

JUSTIN CATANDO

| | |
|---|---|
| Case No.: | 17-26670 |
| Adv. Pro. No.: | |
| Chapter: | 11 |
| Hearing Date: | 2/19/2019 |
| Judge: | KCF |

## ADJOURNMENT REQUEST

1.    I, _____Adrian Johnson, Esquire_____,

☒    am the attorney for: _____the Debtor_____,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Motion to Voluntary Dismiss Chapter 11 Case and UST Cross Motion to Convert Case to Ch. 7

Current hearing date and time: February 19, 2019 @ 10:00 a.m

New date requested: within 14 days

Reason for adjournment request: Debtor's counsel booked and planned a vacation prior

previous adjournment.

2.    Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: February 15, 2019

/S/ Adrian Johnson, Esquire
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 3/5/19 at 2:00 p.m.          ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2