Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−26670−KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin Catando
   6 Saddlebury Court
   South Hampton, NJ 08088

Social Security No.:
   xxx−xx−1929

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Jeffrey Sponder on behalf of the US Trustee.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Kathryn C. Ferguson on:

Date:           March 5, 2019
Time:           02:00 PM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: February 21, 2019
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-26670-KCF
Justin Catando                                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 21, 2019
                              Form ID: 169             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
db          +Justin Catando,   6 Saddlebury Court,   South Hampton, NJ 08088-2850
aty         +KML Law Group, P.C.,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
cr          +Bayview Loan Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   1544 Old Alabama Road,
             Roswell, GA 30076-2102
lm           Fay Servicing, LLC,   300 Kellway Drive,   Suite 150,   Carrollton, TX 75006
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,   c/o McCalla Raymer Leibert Pierce, LLC,
             1544 Old Alabama Road,   Roswell, GA 30076-2102
517163744   +ALDRIDGE Pite, LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
             San Diego, CA 92177-7921
517112961    Bayview Loan Servicing, LLC,   Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840
517726179    Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408
517726180    Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408,
             Educational Credit Management Corporatio,   P.O. Box 16408,   St. Paul, MN 55116-0408
517014650   +Fay Servicing,   PO Box 88009,   Chicago, IL 60680-1009
517014653   +Mark A Deslasio,   813 Harlquin Drive,   Absecon, NJ 08205-4221
517196897   +Navient Solutions, LLC. on behalf of,   PHEAA,   PO BOX 8147,   Harrisburg, PA 17105-8147
517236749   +Wilmington Savings Fund Society, FSB,,   Fay Servicing, LLC,   3000 Kellway Drive, Suite 150,
             Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: cio.bncmail@irs.gov Feb 21 2019 22:27:55    Dist Dir of IRS,
             Insolvency Function,   PO Box 724,   Springfield, NJ 07081-0724
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2019 22:28:05    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2019 22:28:04    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517014648   +E-mail/Text: asi@auditsystemsinc.net Feb 21 2019 22:28:13    Audit Systems Inc,
             3696 Ulmerton Rd,   Clearwater, FL 33762-4237
517014649   +E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2019 22:29:21    Credit One Bank Na,
             Po Box 98872,   Las Vegas, NV 89193-8872
517177230    E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2019 22:30:23
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517014652    E-mail/Text: camanagement@mtb.com Feb 21 2019 22:27:59    M & T Bank,   1 Fountain Plz,
             Buffalo, NY 14203
517137176    E-mail/Text: camanagement@mtb.com Feb 21 2019 22:27:59    M&T Bank,   P.O. Box 840,
             Buffalo, NY 14240-0840
517183697    E-mail/Text: bkr@cardworks.com Feb 21 2019 22:27:50    MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517014654   +E-mail/Text: bkr@cardworks.com Feb 21 2019 22:27:50    Merrick Bank Corp,
             101 Crossways Park Dr W,   Woodbury, NY 11797-2020
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517711034*  +Fay Servicing,   PO Box 88009,   Chicago, Il 60680-1009
517014651*  +Internal Revenue Service,   POB 7346,   Philadelphia, PA 19101-7346
517030327   ##+Argus Capital Funding LLC,   Jason Gang Esq,   259 Windsor Lane,   West Hempstead NY 11552-3054
                                                                                  TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2019
                              Form ID: 169             Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:

```
          Adrian   Johnson    on behalf of Debtor Justin  Catando evanf@diazlawnow.com
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
           rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Robert P. Saltzman    on behalf of Creditor    Bayview Loan Servicing, LLC dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Hilldale Trust dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```