UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on March 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Justin Catando

Case No.: 17-26670

Hearing Date: March 5, 2019

Judge: Kathryn C. Ferguson

Chapter: 11

Recommended Local Form: ☒ Followed  ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## CROSS MOTION TO CONVERT CASE TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 6, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      A motion or application having been filed on _____February 12_____, 20 _19_ by _Jeffrey Sponder_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*