Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−26670−KCF
Chapter:  11
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Justin Catando
    6 Saddlebury Court
    South Hampton, NJ 08088

Social Security No.:
    xxx−xx−1929

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/25/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 26, 2019
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Justin Catando
     Debtor

Case No. 17-26670-KCF
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Mar 26, 2019
                            Form ID: 148      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db             +Justin Catando,   6 Saddlebury Court,   South Hampton, NJ 08088-2850
aty            +KML Law Group, P.C.,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
cr             +Bayview Loan Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   1544 Old Alabama Road,
                Roswell, GA 30076-2102
lm              Fay Servicing, LLC,   300 Kellway Drive,   Suite 150,   Carrollton, TX 75006
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,   c/o McCalla Raymer Leibert Pierce, LLC,
                1544 Old Alabama Road,   Roswell, GA 30076-2102
517163744      +ALDRIDGE Pite, LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
                San Diego, CA 92177-7921
517112961       Bayview Loan Servicing, LLC,   Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840
517014650      +Fay Servicing,   PO Box 88009,   Chicago, IL 60680-1009
517014653      +Mark A Deslasio,   813 Harlquin Drive,   Absecon, NJ 08205-4221
517196897      +Navient Solutions, LLC. on behalf of,   PHEAA,   PO BOX 8147,   Harrisburg, PA 17105-8147
517236749      +Wilmington Savings Fund Society, FSB,,   Fay Servicing, LLC,   3000 Kellway Drive, Suite 150,
                Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: IRS.COM Mar 27 2019 03:18:00    Dist Dir of IRS,   Insolvency Function,   PO Box 724,
                Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 00:02:29    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 00:02:24    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517014648      +E-mail/Text: asi@auditsystemsinc.net Mar 27 2019 00:03:38    Audit Systems Inc,
                3696 Ulmerton Rd,   Clearwater, FL 33762-4237
517014649      +EDI: RCSFNBMARIN.COM Mar 27 2019 03:18:00    Credit One Bank Na,   Po Box 98872,
                Las Vegas, NV 89193-8872
517726179       EDI: ECMC.COM Mar 27 2019 03:18:00    Educational Credit Management Corporation,
                P.O. Box 16408,   St. Paul, MN 55116-0408
517726180       EDI: ECMC.COM Mar 27 2019 03:18:00    Educational Credit Management Corporation,
                P.O. Box 16408,   St. Paul, MN 55116-0408,   Educational Credit Management Corporatio,
                P.O. Box 16408,   St. Paul, MN 55116-0408
517177230       EDI: RESURGENT.COM Mar 27 2019 03:18:00    LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517014652       E-mail/Text: camanagement@mtb.com Mar 27 2019 00:01:50    M & T Bank,   1 Fountain Plz,
                Buffalo, NY 14203
517137176       E-mail/Text: camanagement@mtb.com Mar 27 2019 00:01:50    M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
517183697       EDI: MERRICKBANK.COM Mar 27 2019 03:18:00    MERRICK BANK,   Resurgent Capital Services,
                PO Box 10368,   Greenville, SC 29603-0368
517014654      +EDI: MERRICKBANK.COM Mar 27 2019 03:18:00    Merrick Bank Corp,   101 Crossways Park Dr W,
                Woodbury, NY 11797-2020
                                                                                    TOTAL: 12
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517711034*      +Fay Servicing,   PO Box 88009,   Chicago, Il 60680-1009
517014651*      +Internal Revenue Service,   POB 7346,   Philadelphia, PA 19101-7346
517030327      ##+Argus Capital Funding LLC,   Jason Gang Esq,   259 Windsor Lane,   West Hempstead NY 11552-3054
                                                                          TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                             Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 26, 2019
                             Form ID: 148              Total Noticed: 23

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:

        Adrian  Johnson    on behalf of Debtor Justin  Catando evanf@diazlawnow.com
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
        Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
        jeffrey.m.sponder@usdoj.gov
        Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
        Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com,
        bkgroup@kmllawgroup.com
        Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
        rtracy@schillerknapp.com,
        tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
        Robert P. Saltzman    on behalf of Creditor    Bayview Loan Servicing, LLC dnj@pbslaw.org
        Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
        Christiana Trust, not individually but as trustee for Hilldale Trust dnj@pbslaw.org
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                 TOTAL: 9