| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Jeffrey M. Sponder, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Email:   jeffrey.m.sponder@usdoj.gov | **Order Filed on March 25, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Justin Catando,<br><br>Debtor. | Case No.: 17-26670 (KCF)<br><br>Chapter 11<br><br>Hearing Date: March 5, 2019 @ 10am<br><br>Chief Judge: Kathryn C. Ferguson |

### ORDER DISMISSING CASE WITH PREJUDICE FOR 180 DAYS

The relief set forth on the following page(s), numbered two (2) is hereby

**ORDERED**.

**DATED: March 25, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Justin Catando

Chapter 11 Case No.: 17-26670 (KCF)

**Order Dismissing Case With Prejudice For 180 Days**

___

Upon consideration of the Motion of the Debtor, by and through counsel, for an Order Dismissing Case (the "Motion"), and the United States Trustee, by and through counsel, having filed an objection to the Motion and a Cross-Motion seeking to convert the case to a chapter 7 filed (the "Cross-Motion"), and notice of the Motion and Cross-Motion having been given to all parties including the Debtor and its counsel, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, and for the reasons set forth on the record at the hearing conducted on March 5, 2019, it is hereby:

**ORDERED** that the above-captioned case, Justin Catando, Case No. 17-26670 (KCF), is DISMISSED with prejudice; and it is further

**ORDERED** that Justin Catando is prohibited from filing a bankruptcy petition under the Bankruptcy Code for 180 days from the date this Order is entered; and it is further

**ORDERED** that Justin Catando shall file any and all outstanding monthly operating reports with the Court, provide disbursement information for March 2019 to the Office of the United States Trustee, and pay any and all statutory fees pursuant to 28 U.S.C. § 1930(a)(6), within twenty (20) days of the date of this Order; and it is further

**ORDERED** that in the event Justin Catando fails to file any outstanding reports, provide disbursement information or pay statutory fees, any party-in-interest including the United States Trustee shall be able to file a certification of default seeking to automatically reopen the case and

convert the case to chapter 7 on five days' notice to the Debtor and counsel for the Debtor. The

Debtor consents to the procedure set forth herein concerning the reopening of the case and

conversion to chapter 7.

United States Bankruptcy Court
District of New Jersey

In re:  
Justin Catando  
      Debtor

Case No. 17-26670-KCF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 26, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.  
db        +Justin Catando,  6 Saddlebury Court,  South Hampton, NJ 08088-2850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:

        Adrian Johnson    on behalf of Debtor Justin Catando evanf@diazlawnow.com  
        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jeffrey M. Sponder    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
        Kevin Gordon McDonald    on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
        Richard James Tracy, III    on behalf of Creditor Bayview Loan Servicing, LLC rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
        Robert P. Saltzman    on behalf of Creditor Bayview Loan Servicing, LLC dnj@pbslaw.org  
        Robert P. Saltzman    on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust dnj@pbslaw.org  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                           TOTAL: 9